UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In re:                                                        :

                                                              :    Chapter 7

Pawel Capala,                                                 :

                                                              :    Case No. 15-42763 (NHL)

                    Debtor.                                   :

------------------------------------------------------------- :

Miroslaw Gortat, *et al*.,                                    x

                                                              :

                    Plaintiff(s),                             :

                                                              :    Adv. Pro. No. 15-01160 (NHL)

                    v.                                        :

                                                              :

Pawel Capala,                                                 :

                                                              :

                    Defendant.                                :

------------------------------------------------------------- x

### ORDER DIRECTING TELEPHONIC APPEARANCES OF ROBERT WISNIEWSKI AND GABRIEL DEL VIRGINIA AT ADJOURNED PRE-TRIAL CONFERENCE

WHEREAS, on June 12, 2015, Pawel Capala (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code; and

WHEREAS, on September 11, 2015, a complaint was filed against the Debtor by Miroslaw Gortat, Henryk Bienkowski, Miroslaw Filipkowski, Artur Lapinski, Jan Swaltek, Artur Kosiorek, and Henryk Stoklosa pursuant to 11 U.S.C. § 523(a)(6); and

WHEREAS, on September 8, 2022, an adjourned pre-trial status conference was held, at which there were no appearances by either counsel to the Plaintiffs (Robert Wisniewski) or by counsel to the Defendant-Debtor (Gabriel Del Virginia): and

WHEREAS, on December 8, 2022, a further adjourned pre-trial status conference was held, at which there were no appearances by either counsel to the Plaintiffs (Robert Wisniewski) or by counsel to the Defendant-Debtor (Gabriel Del Virginia):

NOW, THEREFORE, upon the record of the case, which is incorporated herein by reference, it is hereby

**ORDERED**, that the telephonic pre-trial conference is further adjourned to **February 9, 2023 at 3:00p.m.** (the "Adjourned Hearing"); and it is further

**ORDERED**, that **Robert Wisniewski and Gabriel Del Virginia** are directed to appear telephonically before this Court at the Adjourned Pre-Trial Conference on February 9, 2023, at 3:00 p.m.; and it is further

**ORDERED**, that, to appear telephonically, the parties shall call (888) 363-4734, and enter access code 4702754#, and shall further observe the instructions set forth on the Court's website, at https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order upon counsel for the Plaintiffs (Robert Wisniewski) and counsel for the Defendant (Gabriel Del Virginia).



Dated: December 20, 2022
Brooklyn, New York

_Nancy Hershey Lord_
**Nancy Hershey Lord**
**United States Bankruptcy Judge**